**Exhibit A**

| Doe | Host IPAddress | Hit Date (UTC) | File Hash | ISP | Region |
|---|---|---|---|---|---|
| 156 | 76.25.55.35 | 02/24/2013 13:25:17 | 840DCF35EA1B0EA81724D038560446FDF532606 | Comcast Cable | Colorado |
| 157 | 24.8.78.172 | 02/24/2013 20:53:14 | 840DCF35EA1B0EA81724D038560446FDF532606 | Comcast Cable | Colorado |
| 160 | 50.134.207.143 | 02/25/2013 03:15:38 | 840DCF35EA1B0EA81724D038560446FDF532606 | Comcast Cable | Colorado |
| 161 | 107.2.227.156 | 02/25/2013 14:00:12 | 840DCF35EA1B0EA81724D038560446FDF532606 | Comcast Cable | Colorado |
| 162 | 107.2.170.83 | 02/25/2013 21:34:29 | 840DCF35EA1B0EA81724D038560446FDF532606 | Comcast Cable | Colorado |
| 163 | 174.51.253.115 | 02/25/2013 23:56:34 | 840DCF35EA1B0EA81724D038560446FDF532606 | Comcast Cable | Colorado |
| 164 | 75.71.221.2 | 02/26/2013 00:19:04 | 840DCF35EA1B0EA81724D038560446FDF532606 | Comcast Cable | Colorado |
| 165 | 76.120.103.142 | 02/26/2013 05:17:16 | 840DCF35EA1B0EA81724D038560446FDF532606 | Comcast Cable | Colorado |
| 168 | 107.2.162.106 | 02/27/2013 01:27:52 | 840DCF35EA1B0EA81724D038560446FDF532606 | Comcast Cable | Colorado |
| 169 | 24.9.194.229 | 02/27/2013 06:23:16 | 840DCF35EA1B0EA81724D038560446FDF532606 | Comcast Cable | Colorado |
| 170 | 98.245.66.22 | 02/27/2013 12:15:51 | 840DCF35EA1B0EA81724D038560446FDF532606 | Comcast Cable | Colorado |
| 171 | 174.51.151.187 | 02/27/2013 14:46:09 | 840DCF35EA1B0EA81724D038560446FDF532606 | Comcast Cable | Colorado |
| 175 | 67.190.66.1 | 02/27/2013 21:28:50 | 840DCF35EA1B0EA81724D038560446FDF532606 | Comcast Cable | Colorado |
| 176 | 24.8.114.74 | 02/28/2013 05:11:04 | 840DCF35EA1B0EA81724D038560446FDF532606 | Comcast Cable | Colorado |
| 177 | 67.190.99.107 | 02/28/2013 07:19:57 | 840DCF35EA1B0EA81724D038560446FDF532606 | Comcast Cable | Colorado |
| 181 | 75.70.228.5 | 02/28/2013 18:03:06 | 840DCF35EA1B0EA81724D038560446FDF532606 | Comcast Cable | Colorado |
| 182 | 76.25.222.117 | 03/01/2013 00:30:34 | 840DCF35EA1B0EA81724D038560446FDF532606 | Comcast Cable | Colorado |
| 183 | 75.70.225.173 | 03/01/2013 07:27:15 | 840DCF35EA1B0EA81724D038560446FDF532606 | Comcast Cable | Colorado |
| 188 | 24.8.222.8 | 03/03/2013 00:33:46 | 840DCF35EA1B0EA81724D038560446FDF532606 | Comcast Cable | Colorado |
| 190 | 67.166.52.126 | 03/03/2013 04:44:13 | 840DCF35EA1B0EA81724D038560446FDF532606 | Comcast Cable | Colorado |
| 191 | 174.51.192.67 | 03/03/2013 15:44:24 | 840DCF35EA1B0EA81724D038560446FDF532606 | Comcast Cable | Colorado |
| 192 | 71.237.4.2 | 03/03/2013 23:03:27 | 840DCF35EA1B0EA81724D038560446FDF532606 | Comcast Cable | Colorado |
| 193 | 76.25.40.244 | 03/03/2013 23:29:40 | 840DCF35EA1B0EA81724D038560446FDF532606 | Comcast Cable | Colorado |
| 197 | 76.120.68.209 | 03/04/2013 10:36:18 | 840DCF35EA1B0EA81724D038560446FDF532606 | Comcast Cable | Colorado |
| 199 | 67.190.15.33 | 03/04/2013 14:32:32 | 840DCF35EA1B0EA81724D038560446FDF532606 | Comcast Cable | Colorado |