IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Senior Judge Wiley Y. Daniel**

Civil Action No.   13-cv-01173-WYD-MEH

PURZEL VIDEO GmbH,

    Plaintiff,

v.

DOES 156, 157, 160, 161, 162, 164, 168, 169, 170, 171, 175, 176, 177, 181, 182, 183, 188, 190, 191, 192, 193, 197, and 199,

    Defendants.

---

**ORDER**

---

In accordance with the Notice of Dismissal of Does No. 164, 191 and 199 Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i) filed on August 2, 2013 (ECF No. 18), it is

ORDERED that Defendant Doe Nos. 164 and 199 are **DISMISSED WITHOUT PREJUDICE**.  Defendant Do No. 191 is **DISMISSED WITH PREJUDICE**.  Doe Nos. 164, 191, and 199 shall hereafter be taken off the caption.

    Dated:  August 6, 2013

                              BY THE COURT:

                              s/ Wiley Y. Daniel
                              Wiley Y. Daniel
                              Senior United States District Judge