IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Senior Judge Wiley Y. Daniel**

Civil Action No.   13-cv-01173-WYD-MEH

PURZEL VIDEO GmbH,

    Plaintiff,

v.

LUCAS PETSCHE,
ANTHONY MARTINEZ,
BRYCE JANSSEN,
DERRICK ANDERSON,
RUSSELL FONTAINE,
ALEX BURKE, and
MITCHELL HASSLER,

    Defendants.

## ORDER

In accordance with the Notice of Dismissal of Defendants Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i) filed on September 16, 2013 (ECF No. 36), it is

ORDERED that Defendants Lucas Petsche, Bryce Janssen, Russell Fontaine, Mitchell Hassler, and Alex Burke are **DISMISSED WITHOUT PREJUDICE**, and shall hereafter be taken off the caption.

Dated:  September 17, 2013

                                        BY THE COURT:

                                        s/ Wiley Y. Daniel
                                        Wiley Y. Daniel
                                        Senior United States District Judge