IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-01173-WYD-MEH

*JURY TRIAL DEMANDED*

PURZEL VIDEO GMBH,

    Plaintiff,

v.

ANTHONY MARTINEZ, and
DERRICK ANDERSON,

    Defendants.

## STATUS REPORT

Pursuant to the Order dated May 8, 2013 [Docket No. 12], Plaintiff hereby informs the Court of the status of this case.

In accordance with the Court's Order [Docket No. 11], Plaintiff served a subpoena on Comcast Corporation, the sole Internet Service Provider ("ISP") in this case. The subpoena was limited to requesting the name, address, email address, and Media Access Control address of the subscriber. Comcast produced the requested identifying information to Plaintiff.

Plaintiff filed an Amended Complaint on August 22, 2013, naming seven Defendants. Docket No. 21. Plaintiff requested an extension of time to serve to

1

September 11, 2013, which was granted by the Court on August 30, 2013. Docket No. 34. Service has been effectuated on the two remaining Defendants.

In anticipation of the conference scheduled before the court on October 17, 2013 at 10:00 am, by letter dated September 16, 2013, Plaintiff notified the Defendants in this action with call-in details of a joint prescheduling conference arranged for September 26, 2013. Included with this letter was a copy of a proposed scheduling order and this Court's Minute Order regarding the upcoming Scheduling Conference.

On September 26, Plaintiff's counsel held the telephone conference to discuss the proposed scheduling order. Neither of the Defendants participated. Plaintiff subsequently provided a copy of the proposed scheduling order to Defendant Martinez, of which he approved.

To date, one Defendant, Anthony Martinez, has filed an answer to Plaintiff's Amended Complaint. Plaintiff files concurrently herewith its Motion for Clerk's Entry of Default Pursuant to Fed. R. Civ. P. 55(a) Against Defendant Derrick Anderson.

October 10, 2013

Respectfully submitted,
Purzel Video GmbH

By its Attorneys,
SIMMONS BROWDER GIANARIS
ANGELIDES & BARNERD LLC

By: /s/ Paul A. Lesko
Paul A. Lesko
One Court Street
Alton, IL 62002
Ph: 618.259.2222
Fax: 618.259.2251
plesko@simmonsfirm.com

2

## CERTIFICATE OF SERVICE

The undersigned certifies that on this 10th day of October, 2013, a true and accurate copy of the foregoing was filed via the Court's Electronic Case Filing system ("ECF") upon all counsel of record:

Anthony Martinez
4100 Albion St
Unit 413
Denver, CO 80216
*PRO SE*

/s/ *Paul A. Lesko*
Paul A. Lesko - Simmons, Browder,
Gianaris, Angelides & Barnerd, LLC
